UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MOHAMMED EL MAJOUTI (A-Number: 240-739-032),

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.,

Respondents.

No. 2:26-cv-01345-KES-EPG (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS, AND REQUIRING IMMEDIATE RELEASE

Doc. 8, 14

Petitioner Mohammed El Majouti is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 30, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the first amended petition and ordering petitioner's immediate release. Doc. 14. The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service. The parties were advised that failure to file objections within the specified time may result in the waiver of rights. Doc. 14 at 11. To date, no objections have been filed, and the time for doing so has passed.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

The Court ORDERS:

1. The findings and recommendations, Doc. 14, are ADOPTED in full.

2. The first amended petition for writ of habeas corpus, Doc. 8, is GRANTED.
3. Respondents are ORDERED to release petitioner Mohammed El Majouti (A-Number: 240-739-032) immediately under the conditions of his most recent order of supervision. Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner unless there are material changed circumstances and a neutral decisionmaker determines that there is a significant likelihood of Petitioner's removal in the reasonably foreseeable future, or respondents demonstrate by clear and convincing at a pre-deprivation bond hearing before a neutral decisionmaker that petitioner is a flight risk or danger to the community such that his physical custody is legally justified.
4. Respondents are ORDERED to provide petitioner with a copy of this Order upon his release.
5. The Clerk of Court is directed to close this case and enter judgment for petitioner.
6. The Clerk is directed to serve California City Detention Center with a copy of this Order.

IT IS SO ORDERED.

Dated: August 20, 2026

UNITED STATES DISTRICT JUDGE